# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KAREN M. DRAKE, ROBERT L. HYSLOP, JR., THERESA M. HYSLOP, JOY A. CAPKA, MARYANN DIRENZO, LEGAL ACCESS PLANS, LLC, LEGAL ACCESS MANAGEMENT GROUP, LLC, THE LEGALEASE GROUP, LEGAL ACCESS PLANS, INC., LEGAL ACCESS CONSULTING, LLC D/B/A LEGAL PLANS USA, ROBERT L. HESTON, JR., PETER PRIDE AND KAREN HENKEL,

          Respondents

      v.

SAMUEL W.B. MILLINGHAUSEN, III,

          Petitioner

: No. 380 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.